FILED

1    Nicole Albrecht Wheeler (Plaintiff's Full Name)

2    Rochosett@hotmail.com (Email Address)

3    11064 Mississippi Ave (Address Line 1)

4    Los Angeles, CA 90025 (Address Line 2)

5    310-283-1847 (Phone Number)

2016 OCT 26  AM 9: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

6    Plaintiff in Pro Per

7

8                **UNITED STATES DISTRICT COURT**

9

10               **CENTRAL DISTRICT OF CALIFORNIA**

2:16-cv-06655-DOC- SS

11   Nicole Albrecht Wheeler ,          Case No.: _____

12          Plaintiff,

13          vs.                          **PROOF OF SERVICE ON AN**

14   DAVID Jennings                      **AGENCY OR CORPORATION OF**

15   _____              **THE UNITED STATES**

16   _____

17   _____ ,

18          Defendant(s).

19

20

21   I, Tracy Mills , declare as follows:
                (name of server)

22

23   1.    At the time of service I was at least 18 years of age and **not a party to this**

24   **lawsuit.**

25

26   2.    I served copies of the summons, complaint, and certificate and notice of

27   interested parties (hereinafter referred to as "copies").

28   ///

3.      I served the agency or corporation of the United States by doing each of the following: **(you must complete and check a, b, and c below)**

a. ☑ **Mail Service on the United States Attorney for the Central District of California** in compliance with the Federal Rules of Civil Procedure.  I mailed copies to the Civil-Process Clerk via certified or registered mail to:

> Civil-Process Clerk
> U.S. Attorney's Office for the Central District of California
> Federal Building
> 300 North Los Angeles Street, Suite 7516
> Los Angeles, CA 90012
> Date: *10-04, 2016*

A copy of the signed return receipt is attached.

b. ☑ **Mail Service on the Attorney General of the United States** in compliance with the Federal Rules of Civil Procedure.  I mailed copies to the Attorney General via certified or registered mail to:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530-0001
> Date: *10-04, 2016*

A copy of the signed return receipt is attached.

///
///
///

c. ☑ **Mail service on the agency or corporation** in compliance with the Federal Rules of Civil Procedure.  I mailed copies via certified or registered mail to:

Name: _F. C. E._ (Agency or Corporation)

Address: _300 N. Los Angeles st._ (street)

_LA, CA    90012_ (city, state, zip code)

Date: _10-04-2016_

A copy of the signed return receipt is attached.

4. My name, address, and telephone number are:

_Tracy Mills_ (Full Name)

_4519 Los Feliz blvd._ (Address Line 1)

_# 211_ (Address Line 2)

_LA, CA    90027_ (Phone Number)

_(323) 661-1835_

5. I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9-30-2016_ at _300 N. LA st. LA, Ca 90012_
        (date)                    (place of signing)

_Mills_ (Signature)

_Tracy Mills_ (Name)

x _Carmen Vandensteen_ Date _09/30/2016_

3
Proof of Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Immigration Customs
Enforcement
300 N Los Angeles St.
Los Angeles, CA 90012

9590 9402 1647 6053 6262 35

2. Article Number *(Transfer from service label)*

7016 1370 0001 1611 7527

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 1647 6053 6262 35

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Tracy Mills
4519 Los Feliz Blvd.
#211
Los Angeles, CA 90027



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

LOS ANGELES, CA 90012

Certified Mail Fee   $3.30

$                                    $0.75

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage   $6.45

$

Total Postage and Fees   $11.45

$

Sent To  _Immigration & Customs Enforcement_
Street and Apt. No., or PO Box No.  _300 N. Los Angeles Street_
City, State, ZIP+4®  _Los Angeles CA 90012_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1370 0001 1611 7527

Postmark
Here

0-20
0₵

10/04/2016

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorneys Office for
Central District CA
300 N. Los Angeles ST
#7516
Los Angeles, Ca 90012

|||||||||||||||||||||||||||||||||||||||||||||||||||

9590 9402 1647 6053 6262 28

2. Article Number (Transfer from service label)

7016 1370 0001 1611 7510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

**USPS TRACKING #**

9590 9402 1647 6053 6262 28

```
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
```

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



Tracy Mills
4519 Los Feliz Blvd
#211
Los Angeles, CA 90027



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$                      $0.45

Total Postage and Fees
$

10/04/2016

Postmark
Here

Sent To  US Att Office Central District CA
Street and Apt. No., or PO Box No.  300 North Los Angeles St # 7516
City, State, ZIP+4  Los Angeles, CA 90012

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7016 1370 0001 1611 7510



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON DC 20590

Certified Mail Fee
$ 

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$7.85

Total Postage and Fees
$

Sent To  Attorney General U.S. / DOJ
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave  NW
City, State, ZIP+4®  Washington  DC  20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7016 1370 0001 1611 7558

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

7 7 2016

1. Article Addressed to:

Attorney General of
the U.S. / DOJ
950 Pennsylvania Ave
Washington DC NW
20530-0001

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 2082 6132 1927 70

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (*Transfer from service label*)

7016 1370 0001 1611 7558

PS Form **3811**, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

9590 9402 2082 6132 1927 70

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Tracy Mills
4519 Los Feliz Blvd
# 211
Los Angeles, Ca. 90027

10/14/2016                                                                                USPS.com® - USPS Tracking®

English          Customer Service        USPS Mobile                                                    Register / Sign in

ALERT: The Postal Service is monitoring the progress of Hurricane Matthew. Check for updates on which service areas may be affected. Read More ›

# ≣USPS.COM®

## USPS Tracking®

Still Have Questions?
Browse our FAQs ›


Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 70161370000116117558**

**Updated Delivery Day: Tuesday, October 11, 2016**

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™         Return Receipt
Up to $50 insurance included
Restrictions Apply

See tracking for related item: 9590940220826132192770

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 11, 2016 , 4:25 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 4:25 am on October 11, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| October 9, 2016 , 9:28 am | Business Closed | WASHINGTON, DC 20530 |
| October 9, 2016 , 6:52 am | Arrived at Hub | WASHINGTON, DC 20018 |
| October 4, 2016 , 11:07 pm | Departed USPS Origin Facility | SANTA ANA, CA 92799 |
| October 4, 2016 , 8:12 pm | Arrived at USPS Origin Facility | SANTA ANA, CA 92799 |
| October 4, 2016 , 11:33 am | Acceptance | NEWPORT BEACH, CA 92658 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                                        ]        Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

