SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
BETH MAXWELL STRATTON (Cal. Bar No. 138049)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6828
Facsimile: (213) 894-7819
E-mail: Beth.Stratton@usdoj.gov

Attorneys for Federal Defendants David Jennings, Arturo Trevino, Andre Quinones, Nelly McKenna and Sandra Anderson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

NICOLE ALBRECHT WHEELER, PETRA ALBRECHT, RICHARD WHEELER, Pro Se,

Plaintiffs,

v.

(8) UNKNOWN AGENTS OF IMMIGRATION AND CUSTOMS ENFORCEMENT, FOD – DAVID JENNINGS, AFOD – ARTURO TREVINO, SUPERVISOR ANDRE QUINONES, DEPORTATION OFFICER NELLY MCKENNA, SANDRA D. ANDERSON, SACJ – DIRECTOR CHRISTINA HOLLAND, SUPERVISOR JAIME MANRIQUEZ, J.A. MUSICK – DEPUTY PATRICIA HOLLIDAY, OTAY – UNIT MANAGER BILLIE HANDSBUR

Defendants.

No. 2:16-cv-06655-DOC-SS

Hearing Date: April 18, 2017
Hearing Time: 10:00 a.m.
Ctrm: 590, 5th Floor, Roybal Federal Building

**DECLARATION OF BETH MAXWELL STRATTON IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS**

Hon. Suzanne H. Segal

I, BETH MAXWELL STRATTON, declare:

1. I am an attorney duly licensed to practice law in the state of California and am employed as an Assistant United States Attorney for the Central District of California. The facts stated herein are true of my own knowledge and if called upon to testify as to them, I would do so competently.

**Meet and Confer Attempts**

2. The only address listed on PACER for the three Plaintiffs in this case is the Mississippi Avenue address in Los Angeles, California. I am informed and believe, however, that Plaintiffs Nicole Albrecht Wheeler and Petra Albrecht were deported from the United States on January 27, 2016, to Germany. (See First Amended Complaint, ¶ 43.) Thus, it is apparent that neither Nicole nor Petra Albrecht live in Los Angeles or receive mail at that address. Likewise, there is only one phone number listed, which I have ascertained is the phone number for Plaintiff Richard Wheeler, and no email address is listed for Petra Albrecht or Nicole Wheeler.

3. In January, when I was attempting to contact the Plaintiffs in connection with my ex parte application for an extension of time, I telephoned to the phone number listed on the First Amended Complaint and I spoke to Plaintiff Richard Wheeler. I informed Mr. Wheeler that I had no address, phone number, or email contact information for Petra Albrecht or Nicole Wheeler. He acknowledged this and said that he would talk to them about this issue. I subsequently received a phone call from Nicole Wheeler, which showed up as an unknown number for call back, but she failed to give me any contact information for her. I did receive one email from her after the phone call with an email address of: Nicole.Wheeler@mail.com. No address or phone number were given to me.

4. In order to discharge my meet and confer responsibilities for this Motion to Dismiss pursuant to Local Rule 7-3, I sent an email to Nicole Wheeler on March 8, 2017, to the above email address, advising her that I needed to meet

and confer with her and to please contact me. I never received any response from her. Nor did I receive a reply that my email was undeliverable.

5. Also on March 8, 2017, I telephoned to the phone number of record for the Plaintiffs and left a voice message that I needed to confer with them on a motion to dismiss I intended to file and to please contact me.

6. Also on March 8, 2017, I sent a letter by U.S. Mail to the Los Angeles address on Mississippi Avenue, addressed to all three Plaintiffs, advising them that I needed to confer with them on a motion to dismiss/motion for more definite statement that I intended to file and to please contact me.

7. Having not heard back from any of the Plaintiffs, on March 13, 2017, I left another voice message at the telephone number of record. Later the same day, Plaintiff Richard Wheeler called me back and I met and conferred with him. I also explained to him that I needed to confer with his wife Nicole Wheeler and Petra Albrecht but he did not give me any contact information for them. I never heard back from either Nicole Wheeler or Petra Albrecht.

8. For the reasons set forth above, I was unable to meet and confer with Nicole Wheeler or Petra Albrecht concerning Federal Defendants' Motion to Dismiss / Motion For More Definite Statement.

**Removal Proceedings of Petra Albrecht and Nicole Albrecht Wheeler**

9. Attached hereto as Exhibit A is a copy of the docket from Ninth Circuit Court of Appeals Case No. 15-71474, wherein Nicole Albrecht [Wheeler] filed a Petition for Review and Motion to Stay an Order for removal from the country.

10. Attached hereto as Exhibit B is a copy of the docket from Ninth Circuit Court of Appeals Case No. 15-71489, wherein Petra Albrecht filed a Petition for Review and Motion to Stay an Order for removal from the country.

11. Attached hereto as Exhibit C is a copy of the Petition For a Writ of Habeas Corpus filed by Nicole Albrecht [Wheeler] on March 23, 2015, Case No.

SACV15-00451 GW SS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day March, 2017, at Los Angeles, California.

_/s/ Beth Maxwell Stratton_____
BETH MAXWELL STRATTON
Assistant United States Attorney