**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE ALBRECHT WHEELER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>8 UNKNOWN NAMED AGENTS OF ICE, et al.,<br><br>　　　　　　Defendants. | Case No. CV 16-6655 DOC (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiffs at their current address of record and on counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 19, 2018

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE