JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NICOLE ALBRECHT WHEELER, et al., | Case No. CV 16-6655 DOC (SS) |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| 8 UNKNOWN NAMED AGENTS OF ICE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 19, 2018

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE